# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NINGHUI LIN,<br><br>Defendant. | Case No.: 26-CR-1776-LL<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Complaint against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: June 17, 2026

_____
HONORABLE LINDA LOPEZ
UNITED STATES DISTRICT JUDGE